UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RANCE SMITH<br>LA. DOC #381077<br>VS. | CIVIL ACTION NO. 3:13-cv-2168<br><br>SECTION P<br><br>JUDGE DONALD E WALTER |
| LARRY G. COX, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 16 day of January, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE